RICHARD TAMOR
Tamor & Tamor
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA 94607
Tel: 415-655-1969
Fax: 415-887-7658
Email: rtamor@TamorLaw.com

Attorneys for ROBERT ADAMS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ADAMS, et al.<br><br>Defendants. | Case No.: CR 15-00480 HSG<br><br>UNOPPOSED *EX PARTE* MOTION AND [~~PROPOSED~~] ORDER TO ALLOW MR. ADAMS TO ATTEND FAMILY AND CHURCH FUNCTIONS |

The defendant in the above-captioned case, through his counsel of record, hereby makes this request to allow the defendant, ROBERT ADAMS, to attend family and church functions the weekend of February 5, 2016.

On September 14, 2015, this Court placed MR. ADAMS on pre-trial release under certain terms and conditions pursuant to an unsecured $150,000 personal recognizance bond. One condition of MR. ADAMS's release is that he reside with his mother and third party custodian, Dawn Wolfchief in Phoenix, Arizona, with electronic home monitoring and only leave the house

for visits with pre-trial services, treatment services, medical services, and attorney visits. On November 9, 2015, this Court broadened Mr. Adams release conditions to include attendance at religious services.

On November 23, 2015, this Court allowed MR. ADAMS to spend Thanksgiving Day with his father and his father's family at his father's house in Phoenix, Arizona. (Doc. #45) On December 21, 2015, this Court allowed MR. ADAMS to spend Christmas Eve Day, Christmas Day, New Year's Eve Day, and New Year's Day at his father's house and Christmas Eve Dinner at his Grandmother and Grandfather's. (Doc. #62)

On January 11, 2016, this Court allowed MR. ADAMS to attend college classes for the 2016 Spring semester. (Doc. # 71) MR. ADAMS now desires to attend several functions the weekend of February 5, 2016:  1) on Friday February 5, 2016, from 5:00 p.m. to 8:00 p.m. attend a party with his brother, his mother and her fiancé for his brother's birthday at Red Devil Pizza; 2) on Saturday February 6, 2016, from 3:00 p.m. to 8:00 p.m. attend a birthday BBQ party at Encanto Park for his brother's birthday; and 3) on Saturdays between 9:00 a.m. to 11:00 a.m. attend Church related Men's Group meetings and/or community service activities.

MR. ADAMS has been supervised by U.S. Pre-Trial Services Officer Kalisi Kupu since his release and has been in compliance with all the terms and conditions of his release.

Undersigned counsel for MR. ADAMS has communicated with Assistant United States Attorney Jonas Lerman, the prosecutor assigned to this matter, regarding the requested attendance of above functions, and AUSA Lerman has **no objection** to the request under the direction and supervision of U.S. Pre-Trial Services.

Similarly, U.S. Pre-Trial Services Officer Kalisi Kupu has **no objection** to the requested attendance of the above functions.

Therefore, MR. ADAMS respectfully requests that he be allowed to attend the above functions under the direction and supervision of the U.S. Pre-Trial Services Office.

Dated: February 5, 2016        TAMOR & TAMOR

By:      /S/
         RICHARD TAMOR
ATTORNEYS FOR DEFENDANT
ROBERT ADAMS

### [PROPOSED] ORDER

**GOOD CAUSE** appearing,

It is hereby **ORDERED** that MR. ROBERT ADAMS be allowed to attend the following functions under the direction and supervision of the Pre-Trial Services Office: 1) on Friday February 5, 2016, from 5:00 p.m. to 8:00 p.m. attend a party with his brother, his mother and her fiancé for his brother's birthday at Red Devil Pizza; 2) on Saturday February 6, 2016, from 3:00 p.m. to 8:00 p.m. attend a birthday BBQ party at Encanto Park for his brother's birthday; and 3) on Saturdays between 9:00 a.m. to 11:00 a.m. attend Church related Men's Group meetings and/or community service activities

All other terms and conditions of release shall remain the same.

Dated: February 5, 2016

By: *Kandis Westmore*
HON. KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE
Northern District of California

UNOPPOSED *EX PARTE* MOTION TO ALLOW MR. ADAMS TO ATTEND FUNCTIONIS ON WEEKEND OF FEBRUARY 5, 2016
CR 15-480 HSG